UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Caine Redifer, Sr.,                    File No. 25-cv-933 (ECT/LIB)

    Petitioner,

v.                                                                    **ORDER**

T. Vaught, *Warden*, and FCI Sandstone,

    Respondents.

Magistrate Judge Leo I. Brisbois issued an Order and Report and Recommendation on December 29, 2025.  ECF No. 33.  No party has objected to that Report and Recommendation,[1] and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 33] is **ACCEPTED** in full.

2. Michael Caine Redifer, Sr.'s petition for a writ of habeas corpus [ECF No. 1] is **DENIED**.

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 10, 2026                    s/ Eric C. Tostrud
                                                        Eric C. Tostrud
                                                        United States District Court

---

[1] Petitioner Michael Caine Redifer, Sr. sought an extension of time to file objections to the Order and Report and Recommendation.  ECF No. 34.  He was given until February 3, 2026, to file any objections.  ECF No. 35.  That deadline has passed, and no objections have been received.  *See* Docket.